# Skywire

**Residential Service Agreement**
Fax completed form to: 877.853.9378

**XCHANGE TELECOM**

Agent Name: ____
Agent ID: ____

## Customer Information

Name: ____
Tel: ____
Address: ____
State: ____
Contact Tel: ( ____ ) ____
*(must be different than numbers involved in this request)*

SS#: ____
Email: ____  ☐ E-Bill
City: ____
Zip: ____

| Voice Only Plans | Voice/Data Bundle | Data Only (15/2) | Additional Services |
|---|---|---|---|
| **Unlimited USA Plan** First Line $39.99 Add. Line $24.99 | **$59.99** Includes Voiceline (Unlimited USA) and Internet 15/2 Add. Voiceline $19.99 | $24.99 | Internet Filter $9.99 Email Only $9.99 |

**Line 1**
☐ No change to existing services
**Optional Features & Settings**
☑ No Voicemail**
☑ No Call Waiting**
☐ Add Non-Published ($2.95)***
☐ All Call Block
☐ Toll Free Number
☐ Europe $1 Call Plan****

**Line 2**
☐ No change to existing services
**Optional Features & Settings**
☑ No Voicemail**
☑ No Call Waiting**
☐ Add Non-Published ($2.95)***
☐ All Call Block
☐ Toll Free Number
☐ Europe $1 Call Plan****

**Data**
☑ Data (Standalone/Bundled)
☐ Email Only ($9.99)
☐ Filter ($9.99)

All Voice Plans Include the Following Free Features:
Voicemail, Caller ID w/name, Call Waiting, Anonymous Call Reject, Call Forwarding Variable, 3-Way Calling, *69 Unlimited Call Return & *66 Unlimited Repeat Dialing

*Hunting: 3 line*

**The feature is default on the calling package, but can be removed if the box is checked.
***By default existing non-published numbers will be converted "as is"
****Only landline calls to Israel and Western Europe

## Optional Payment Method

☐ Auto Pay

Master Card ☐   Visa ☐   Discover ☐   Amex ☐   e-Check ☐

Account#: ____   Routing# If e-Check ____
Exp. Date: ____   CVV Number: ____   Name on Card: ____

**Skywire Voice Customers:**
**E911 Notification:** In the event of a power outage, and provided that you do not have battery backup installed, you will not have E911 service. If your service is disconnected or interrupted, you will not have E911 service. If you relocate any of the equipment to a different address, you must notify Skywire in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.
**Security and Medical Alert System Limitations:** You acknowledge that Skywire and Xchange do not support the use of any Skywire Voice service as a connection for (i) emergency medical alert systems, (ii) all high security monitoring systems (UL 681 or similar) or (iii) fire alarm systems (UL 864 or similar). You acknowledge that it is your sole responsibility to contact your central station monitoring provider to test and verify that your security system is in good working order and that you are responsible for any additional work required to ensure the proper operating of your security system.

**Terms & Conditions:**
I agree to be bound by the terms of service posted at http://www.xchangetele.com/termsofservice.aspx, and by Xchange Telecom's tariffs. I understand that they are subject to change. If I do not agree with the change, I will immediately cease use of the service. I agree that my continued use of the service after revision is an acceptance of those terms of service. If I selected e-billing above, I agree to accept any bills and other correspondence sent to the email address that I provide above or any other email address that I provide as if it was physically mailed to me. If I would like to opt out of e-bill, I understand that I must contact Customer Service. If I provided my credit card or bank account number above and selected auto-pay, I understand that the amount due on my bill will be automatically deducted from my provided bank account or credit card on or about the due date on my bill, that I am fully responsible to ensure that there are sufficient funds or credit available for that bill, and for any fees charged by my bank including insufficient fund fees. One year contract, early termination fee of up to $200 applies to all contracts.
I agree that I will own and be responsible for the Equipment to be installed to provide the service; that I am contracting with Wiremax, which is a separate and independent entity from Xchange Telecom Corp., to install and maintain the equipment; and that I convey to Xchange Telecom Corp. an irrevocable rent-free license to construct, replace, remove, maintain and use the Equipment, to be located within my property, in order to provide services to myself, my tenants and neighbors. I further grant Xchange and Wiremax full access to my property, and that if I fail to pay for the Equipment, I grant Xchange the right to remove the equipment from my property with prior notice and at reasonable times.
If I do not own the property where the services are to be installed, or if my use of such property is subject to a homeowner association or other restrictions, I agree that I have obtained all third party consents to install on the property.
I acknowledge that Xchange has no responsibility for the maintenance or repair of any equipment or software provided in connection with the Service, including the Antenna, Network Interface Device or Router, or any other equipment or services that I choose to use in connection with the Service. I agree not to move the Antenna to a different location or position at my address once installed, or move the system or Service to another address. If I move to a new residence at which service is available and I wish to continue using the Service, I will request Xchange install the system at my new residence. Once the Service is activated at my new residence, my contract term will be extended for a new contract period and Xchange will waive any early termination fee associated with my original service.

Signature: ____   Print Name: ____   Date: ____

# Skywire

Skywire Order Form for Existing Customer

**Residential Service Agreement**
Fax completed form to: 877.853.9378
Agent Name: WF
Agent ID: ____

**XCHANGE TELECOM**

## Customer Information

Name: _____
Tel: _____
Address: _____
State: _____
Contact Tel: ( ___ ) ___ - ___
*(must be different than numbers involved in this request)*

SS# _____
Email: _____ ☐ E-Bill
City: _____
Zip: _____

| Voice Only Plans | Voice/Data Bundle | Data Only (15/2) | Additional Services |
|---|---|---|---|
| **Unlimited USA Plan** First Line $39.99 Add. Line $24.99 | $59.99 Includes Voiceline (Unlimited USA) and Internet 15/2 Add. Voiceline $19.99 | $24.99 | Internet Filter $9.99 Email Only $9.99 |

### Line ¶ 3
( ___ ) ___ - ___
☐ No change to existing services
**Optional Features & Settings**
☑ No Voicemail**
☑ No Call Waiting**
☐ Add Non-Published ($2.95)***
☐ All Call Block
☐ Toll Free Number
☐ Europe $1 Call Plan****

### Line 2
( ___ ) ___ - ___
☐ No change to existing services
**Optional Features & Settings**
☐ No Voicemail**
☐ No Call Waiting**
☐ Add Non-Published ($2.95)***
☐ All Call Block
☐ Toll Free Number
☐ Europe $1 Call Plan****

### Data
☐ Data (Standalone/Bundled)
☐ Email Only ($9.99)
☐ Filter ($9.99)

All Voice Plans Include the Following Free Features: Voicemail, Caller ID w/name, Call Waiting, Anonymous Call Reject, Call Forwarding Variable, 3-Way Calling, *69 Unlimited Call Return & *66 Unlimited Repeat Dialing

*Hunting*

**The feature is default on the calling package, but can be removed if the box is checked.
*** By default existing non-published numbers will be converted "as is"
**** Only landline calls to Israel and Western Europe

## Optional Payment Method
☐ Auto Pay
Master Card☐  Visa☐  Discover☐  Amex☐  e-Check☐
Account# _____ Routing# if e-Check _____
Exp. Date _____  CVV Number _____  Name on Card _____

**Skywire Voice Customers:**
**E911 Notification:** In the event of a power outage, and provided that you do not have battery backup installed, you will not have E911 service. If your service is disconnected or interrupted, you will not have E911 service. If you relocate any of the equipment to a different address, you must notify Skywire in advance to update E911 service. During the initial 72 hours of service at your new address, you may be required to provide the E911 operator with your new service address.
**Security and Medical Alert System Limitations:** You acknowledge that Skywire and Xchange do not support the use of any Skywire Voice service as a connection for (i) emergency medical alert systems, (ii) all high security monitoring systems (UL 681 or similar) or (iii) fire alarm systems (UL 864 or similar). You acknowledge that it is your sole responsibility to contact your central station monitoring provider to test and verify that your security system is in good working order and that you are responsible for any additional work required to ensure the proper operating of your security system.

**Terms & Conditions:**
I agree to be bound by the terms of service posted at http://www.xchangetele.com/termsofservice.aspx, and by Xchange Telecom's tariffs. I understand that they are subject to change. If I do not agree with the change, I will immediately cease use of the service. I agree that my continued use of the service after revision is an acceptance of those terms of service. If I selected e-billing above, I agree to accept any bills and other correspondence sent to the email address that I provide above or any other email address that I provide as if it was physically mailed to me. If I would like to opt out of e-bill, I understand that I must contact Customer Service. If I provided my credit card or bank account number above and selected auto-pay, I understand that the amount due on my bill will be automatically deducted from my provided bank account or credit card on or about the due date on my bill, that I am fully responsible to ensure that there are sufficient funds or credit available for that bill, and for any fees charged by my bank including insufficient fund fees. One year contract, early termination fee of up to $200 applies to all contracts.
I agree that I will own and be responsible for the Equipment to be installed to provide the service; that I am contracting with Wiremax, which is a separate and independent entity from Xchange Telecom Corp., to install and maintain the equipment; and that I convey to Xchange Telecom Corp. an irrevocable rent-free license to construct, replace, remove, maintain and use the Equipment, to be located within my property, in order to provide services to myself, my tenants and neighbors. I further grant Xchange and Wiremax full access to my property, and that if I fail to pay for the Equipment, I grant Xchange the right to remove the equipment from my property with prior notice and at reasonable times.
If I do not own the property where the services are to be installed, or if my use of such property is subject to a homeowner association or other restrictions, I agree that I have obtained all third party consents to install on the property.
I acknowledge that Xchange has no responsibility for the maintenance or repair of any equipment or software provided in connection with the Service, including the Antenna, Network Interface Device or Router, or any other equipment or services that I choose to use in connection with the Service. I agree not to move the Antenna to a different location or position at my address once installed, or move the system or Service to another address. If I move to a new residence at which service is available and I wish to continue using the Service, I will request Xchange install the system at my new residence. Once the Service is activated at my new residence, my contract term will be extended for a new contract period and Xchange will waive any early termination fee associated with my original service.

Signature: _____  Print Name: _____  Date: _____

In Accordance with Heter Iska

RVSN 01.17.2013